IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAHMOOD SAMII AND<br>LORRAINE A. SAMII | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| ALLSTATE INSURANCE, CO. | : | NO. 10-cv-2408-JF |

ORDER

AND NOW, this 12th day of August 2010, upon consideration of Plaintiffs' motion to remand, and Defendant's response thereto, IT IS ORDERED:

That the motion is GRANTED. The Clerk is directed to remand Civil Action No. 10-2408 to the Court of Common Pleas, Chester County, Pennsylvania, Case No. 06-07025.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,   Sr. J.